```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

ALLMAND BROTHERS, INC.,         )
a Nebraska corporation,         )
                                )           7:05CV5016
             Plaintiff,         )
                                )
        v.                      )
                                )              ORDER
CARRARO SPA, an Italian         )
corporation, and CARRARO        )
NORTH AMERICA, INC., a George   )
corporation,                    )
                                )
             Defendants.        )
                                )
```

IT IS ORDERED:

Defendants' motion to extend deadline, filing 11, is granted and the deadline for filing the Rule 26 report of the parties' planning conference is extended to November 10, 2005.

DATED this 6th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge