```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

ALLMAND BROTHERS, INC., a       )
Nebraska corporation,           )
                                )          7:05CV5016
            Plaintiff,          )
                                )
      v.                        )
                                )             ORDER
CARRARO SPA, an Italian         )
corporation, and CARRARO        )
NORTH AMERICA, INC., a          )
Georgia corporation,            )
                                )
            Defendants.         )

IT IS ORDERED:

The parties' joint request for sixty additional days to report on their progress on settlement negotiations is granted and the deadline is extended to March 31, 2006.

DATED this 30th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge