```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

ALLMAND BROTHERS,              )
                               )
           Plaintiff,          )        7:05CV5016
                               )
      v.                       )
                               )
CARRARO SPA and CARRARO NORTH  )           ORDER
AMERICA, INC.,                 )
                               )
           Defendants.         )
                               )
```

IT IS ORDERED:

Plaintiff's letter request, made on behalf of the parties, is granted and the Rule 26 telephone planning conference is continued from February 13 to April 18, 2006 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge